IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOICE INTEGRATION TECHNOLOGIES, LLC, | § § § | Civil Action No. 12-1797 (GMS) |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| TECHNICOLOR USA, INC., and TECHNICOLOR S.A. | § § § § | |
| Defendants. | § | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Voice Integration Technologies LLC by and through its undersigned counsel, hereby stipulates and agrees to dismiss all claims asserted in this action *with prejudice* and Defendants Technicolor USA, Inc., and Technicolor S.A., by and through their undersigned counsel, hereby stipulate and agree to dismiss all defenses asserted in this action *without prejudice*. All attorneys' fees, costs of court and expenses are borne by the party incurring same.

Dated: May 12, 2014

2

| | |
|---|---|
| FARNEY DANIELS PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Timothy Devlin | /s/ Karen Jacobs |
| Timothy Devlin (#4241) | Karen Jacobs (#2881) |
| 1220 Market Street, Suite 850 | Michael J. Flynn (#5333) |
| Wilmington, DE 19801 | 1201 North Market Street |
| Telephone: (302) 300-4626 | P.O. Box 1347 |
| tdevlin@farneydaniels.com | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| Jonathan Baker | kjacobs@mnat.com |
| FARNEY DANIELS PC | mflynn@mnat.com |
| 411 Borel Avenue, Suite 350 | |
| San Mateo, CA 94402 | R. Trevor Carter |
| | FAEGRE BAKER DANIELS |
| *Attorneys for Plaintiff* | 300 North MeridianStreet, Suite 2700 |
| *Voice Integration Technologies, LLC* | Indianapolis, IN 46204-1750 |
| | (317) 237-0300 |
| | Trevor.carter@faegrebd.com |
| | |
| | Andrew F. Johnson |
| | FAEGRE BAKER DANIELS |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | (612) 766-7340 |
| | Andrew.johnson@faegrebd.com |
| | |
| | *Attorneys for Defendants Technicolor USA, Inc. and Technicolor S.A.* |

IT IS SO ORDERED this _____ day of May, 2014.

                                                    HONORABLE GREGORY M. SLEET